United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13555-amc
Keisha Henderson                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John             Page 1 of 1             Date Rcvd: Sep 17, 2019
                              Form ID: pdf900        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
```
db            +Keisha Henderson,    7828 Thouron Av,    Philadelphia, PA 19150-2514
14345798       BANK OF AMERICA, N.A., et.al.,    C/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14335546      +Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
14335547      +Derrick Washington,    7828 Thouron Av,    Philadelphia, PA 19150-2514
14335548      +Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 679543,    Dallas, TX 75267-9543
14335549      +KML Law Group,    Att Jill Jenkins, Esq,    701 Market St #5000,    Philadelphia, PA 19106-1541
14335551      +PGW,    P O Box 3500,    Philadelphia, PA 19122-0500
14335552      +Roundpoint Mortgage,    Po Box 19409,    Charlotte, NC 28219-9409
14355875      +U.S. BANK TRUST NATIONAL ASSOCIATION, et.al.,    ROUNDPOINT MORTGAGE SERVICING CORP.,
                 5016 PARKWAY PLAZA BLVD.,    BUILDINGS 6 & 8,    CHARLOTTE NC 28217-1932
14370669      +U.S. Bank Trust National Association, not in its i,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14335553      +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:21     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14365329      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 04:01:09      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14341638      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2019 04:01:08      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14386200      +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:21     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14335550      no name on CR Liability
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor Keisha  Henderson akm6940@aol.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A., et.al. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., et.al. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for Kingsmead Asset Holding Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                       Chapter 13
KEISHA HENDERSON

          Debtor           Bankruptcy No. 19-13555-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 17, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103-

Debtor:
KEISHA HENDERSON

7828 THOURON AV

PHILADELPHIA, PA 19150-