UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:KEISHA HENDERSON

:          Bankruptcy case #19-13555AMC

:
Chapter 13

---

**PRAECIPE TO WITHDRAW DOCUMENT**

:

To the Clerk of Court:

Please withdraw FINAL REPORT Filed on 08-14-2020
docket entry#28

Respectfully submitted,

**/s/William C. Miller, Trustee**
Chapter 13 Standing Trustee

Date  OCTOBER 06/2020